FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT 05 AUG 17 PM 1: 40
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

CLAY MEANS,

       Plaintiff,

v.

**RANDY J. DAVIS,**

       Defendant.

Case No.: 03-2803 D

---

## ORDER DENYING MOTION AS MOOT

---

Before the court is Petitioner's Motion to Dismiss (Docket #8). Inasmuch as a judgment was

entered in this case on September 8, 2004, Petitioner's motion is denied as moot.

**IT IS SO ORDERED** this ___17th___ day of ___August___, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-18-05___



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 9 in case 2:03-CV-02803 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Clay Means
15566-058
P.O. Box 34550
Memphis, TN 38184

Honorable Bernice Donald
US DISTRICT COURT